

**FILED**
10/20/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MR

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RECEIVED

JUN 13 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MN

__DEREK K WEBB # 74276__

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

__JOLIET POLICE DEPARMENT__

__PHILLIP MILLER #188   JESUS MENDEZ #335 CHAD EVANS #057__

__ADAM ROSALES #128 BRYAN KUZMA #180 RYAN SHAW__

__BRENT LA HA #114   LUKASZ GAL #236 OLGA RICE #218__

__JUAN CEJA #111 VON STEIN #298 WILLIAM MOORE #257__

__MICHAEL GEORGANTAS WILLIAM OTIS #058__

(Enter above the full name of ALL
defendants in this action. __Do not__
use "et al.")

Case No:___25 CV 1993___
(To be supplied by the Clerk of this Court)

## CHECK ONE ONLY:

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: DEREK K WEBB

B. List all aliases: _____

C. Prisoner identification number: DEREK K WEBB # 74276

D. Place of present confinement: WILL COUNTY ADULT DETENTION CENTER

E. Address: 95 S. CHICAGO ST JOLIET ILLINOIS 60432

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: PHILLIP MILLER #188

   Title: POLICE OFFICER

   Place of Employment: JOLIET POLICE DEPARTMENT

B. Defendant: JUAN CEJA #111

   Title: POLICE OFFICER

   Place of Employment: JOLIET POLICE DEPARMENT

C. Defendant: JESUS MENDEZ #335

   Title: POLICE OFFICER

   Place of Employment: JOLIET POLICE DEPARMENT

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

## DEFENDANTS LIST IN CIVIL CASE NUMBER 25 C 1993

**DEFENDANTS** ADAM ROSALES # 128

CHAD EVANS # 057

BRYAN KUZMA #180

VON STEIN #298

BRENT LA HA # 114

LUKASZ GAL #236

WILLIAM MOORE #257

OLGA RICE # 218

RYAN SHAW

WILLIAM OTIS #058

MICHAEL GEORGANTAS #

**ALL SAID ABOVE NAMES ARE POLICE OFFICERS ON DUTY AT TIME OF INCIDENT.**

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: 25 CV 1993

B.  Approximate date of filing lawsuit: 2/26/2025

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases:
    DEREK K WEBB

D.  List all defendants: PHILLIP MILLER #188  JESUS MENDEZ #335 CHAD EVANS #057
    ADAM ROSALES #128 BRYAN KUZMA #180 RYAN SHAW BRENT LA HA #114 VON STEIN #298
    LUKASZ GAL #236 OLGA RICE #218 WILLIAM OTIS #058 MICHAEL GEORGANTAS   JUAN CEJA #111
    WILLIAM MOORE # 257

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS

F.  Name of judge to whom case was assigned: LaShonda A. Hunt

G.  Basic claim made: police brutality and excessive force

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): THE CASE IS PENDING

I.  Approximate date of disposition: JUNE 13TH 2025

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

## IV. Statements of Claims:

**State here as briefly as possible the facts of your case. Describe how each defendant involved, including names dates, and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each case claim in separate paragraph. ( Use as much space as you need. Attach extra sheets if necessary.)**

The plaintiff DEREK K WEBB left work approx 2:20 from EDENS BAR & GRILL on October 1st 2023 with two other individuals Christopher Bailey and Kameron Tucker. While exiting the parking lot heading west on Doris to Chicago St a Crown Vic followed behind the vehicle Plaintiff was in, the light which is Chicago St Plaintiff turned right and proceed toward down town Joliet passing Mcdonough St. The Crown Vic that was behind the vehicle Plaintiff was in turned left to assist officers at the gas station with some occurrence in process. The same time a JPD SUV turned left at the light from Mcdonough St and followed behind the vehicle Plaintiff was in. Plaintiff continued passed Jefferson St, coming to a stop at Van Buren the SUV hit the lights and Plaintiff's friend Christopher pulled over into the parking lot of the library still on Chicago St. The officer Miller Phillip #188 walked to the driver door told him the reason he pulled us over, then asked for license and registration. Christopher gave the officer his license and told the officer the car was insured just did not have the card in his possession at the time, it was in another vehicle. Officer Miller then pulled his gun out and yelled for everyone to keep there hands in front of them on the dash or seat. He then called for back up as they came on the scene he opened the rear passenger door where Tucker was sitting and put him in handcuffs immediately. Officers Mendez, Rosales, and Sgt Evans had came on the passenger side front seat to remove plaintiff Derek K Webb from the vehicle " Plaintiff". Plaintiff exited the vehicle and the said Officers above in the incident approached plaintiff with guns and taser drawn, Sgt Evans approached with the taser pointing it at Plaintiff's face. Plaintiff tried to give Officers his phone and wallet that was in his hand , the Officers started to scream and yell Plaintiff was resisting. The Plaintiff said no please take my phone I am trying to give it to you. A tussle began Officers got aggressive with Plaintiff the taser was knocked out of Sgt Evans hand and was hit in the face with it. The Officers slammed Plaintiff to the ground immediately after this. Plaintiff heard Sgt Evans yell "beat his fucking ass" as he went to pick up taser from the ground. Sgt Evans approached other Officers as they continued to slam Plaintiff on the ground and attempted to tase Plaintiff in his face and back again only to fail, then he began tasing him over and over in his back saying put your hands behind your back. Plaintiff could not do so due to the fact every time they told him put your hands behind your back stop resisting both Officers began tasing him at the same time over and over causing his body to lock up, and left arm was trapped under plaintiffs body unable to remove it, even though Plaintiff tried to do as he was told Sgt Evans was so upset he just kept swearing and tasing knowing that the plaintiffs arm was under plaintiffs body, with Officer on top of Plaintiff. Sgt Evans was still being as aggressive as he possibly could until Plaintiff was put into a patrol car. When ambulance finally arrived the Plaintiff was allowed to go to Silver Cross Hospital for immediate care, only to be turned away due to the hospital couldn't help with the damages Officers caused his eye. Plaintiff went to Loyola Hospital in Chicago to be treated for his eye and face injuries. The Dr told Plaintiff he would have eye damage for the rest of his life due to the injuries caused by the incident. Plaintiff was released to Officers and taken to Will County Adult Detention Center where he still resides until further notice.

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

The plantiff in this case is seeking compensation in the amount of 2.29 million dollars for the cruel and unusual punishment, police brutality and excessive force. The mental and emotional damages caused by the head and permanent eye injuries subdued from the abuse that the officers caused. The lost time of being a husband, father. A son to a sick mom and a working citizen in the state of Illinois.

**VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __7__ day of __June__ , 20 __25__

_____

_Derek K. Webb_
(Signature of plaintiff or plaintiffs)

__DEREK K WEBB__
(Print name)

__# 74276__
(I.D. Number)

__95 S. CHICAGO ST JOLIET ILLINOIS 60432__

(Address)

6

Revised 9/2007

DEREK K WEBB # 74276

95. S CHICAGO ST

JOLIET IL 60432



S SUBURBAN IL 604

10 JUN 2025 PM 5 L

FOREVER / USA

CLERK OF UNITED STATES COURT HOUSE

219 S DEARBORN ST

CHICAGO IL 60604

Legal Mail

60604-170299

*Legal Mail*

**RECEIVED**

JUN 1 3 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**061325-05**



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022